ROBERT J. H. MICK, PLAINTIFF-PETITIONER, v. AMERI-
CAN DENTAL ASSOCIATION, *ET AL.*, DEFENDANTS-
RESPONDENTS.

See same case below: 49 *N. J. Super.* 262.

*Mr. Mulford E. Emmel* and *Mr. Harry Green* for the
petitioner.

*Mr. Anthony M. Lario* and *Mr. Frank M. Lario* for the
respondents.

May 12, 1958. Denied.

IDA BUCCAFUSCO, ADMINISTRATRIX, *ETC.*, PLAINTIFF-
RESPONDENT, v. PUBLIC SERVICE ELECTRIC AND
GAS COMPANY, DEFENDANT-PETITIONER.

See same case below: 49 *N. J. Super.* 385.

*Mr. Luke A. Kiernan, Jr.,* and *Mr. Herman H. Wille, Jr.,*
for the petitioner.

*Mr. Samuel F. Kanis* and *Mr. Mortimer Neuman* for the
respondent.

May 12, 1958. Denied.